**UNITED STATES of America,**

v.

**Larry WRIGHT Appellant.**

**No. 04–1174.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit L.A.R. 34.1(a) Nov. 3, 2004.

Decided May 11, 2005.

George S. Leone, David B. Lat, Office of United States Attorney, Newark, NJ, for United States of America.

Henry E. Klingeman, Klingeman Turano, Madison, NJ, for Appellant.

Before ALITO, BARRY, and FUENTES, Circuit Judges.

OPINION

FUENTES, Circuit Judge.

Larry Wright pled guilty to a one count information charging him with robbery of a United States Post Office, in violation of 18 U.S.C. §§ 2114(a) and (2). The District Court sentenced Wright, pursuant to the United States Sentencing Guidelines, to a 150 month term of imprisonment. Wright received a four level enhancement for "otherwise using" a dangerous weapon while committing the offense in Count One of the information. On appeal, he challenges his sentence under *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

Having determined that the sentencing issues appellant raises are best determined by the District Court in the first instance, we will vacate the sentence and remand for resentencing in accordance with *Booker*. Wright raises no challenge as to his conviction and accordingly has waived any argument in this regard.